Ashley Guillard
msashleyjt@gmail.com
3262 Westheimer Rd, 942
Houston, TX 77098
337.372.3181

Pro-Se Defendant

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| ASHLEY GUILLARD,<br><br>    Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>    Defendant. | Case No. 25-1197 T<br>Judge Zachary N. Somers<br><br>**PLAINTIFF'S RESPONSE TO DEFENDANT'S PARTIAL MOTION TO DISMISS THE COMPLAINT PURSUANT TO RCFC 12(b)(1) AND PLAINTIFF'S RESPONSE TO MOTION FOR A MORE DEFINITE STATEMENT PURSUANT TO RCFC 12(e)** |

Plaintiff Ashley Guillard (Guillard) does not oppose to filing an Amended Complaint for a more definite statement that meets the requirements of RCFC 12(e). Guillard used the Courts Pro-se Complaint forms to file the complaint not realizing that her statement surrounding her 2021 tax claim was cut off. Guillard intends to file an amended Complaint if the Court orders. Additionally, Plaintiff Ashley Guillard does not oppose to the dismissal of the refund claim for her tax refund for tax year 2024. On December 24, 2025, Guillard received her 2024 tax year refund (minus an erroneous fee from tax year 2021 paid to the IRS out of Guillard's 2024 tax refund). The remaining claims are related to Guillard's refund claim for tax year 2021. For the reasons stated above and

1

in good faith, Guillard moves the Court to proceed with Guillard's refund claim for tax year 2021 in congruence with an Amended Complaint pursuant to Haines v. Kerner (1972).[1]

DATED: January 13, 2026

/s/ Ashley J. Guillard
Ashley J. Guillard
Pro-Se Litigant

---

[1] Haines v. Kerner (1972): The Court may liberally allow pro-se litigants corrections for honest mistakes.

**CERTIFICATE OF SERVICE**

I hereby certify that on January 13, 2026, I served a copy of the foregoing via CM/ECF

on the Registered Participants as follows:

Michael T. Collins

Trial Attorney

Tax Litigation Branch

Civil Division, Department of Justice

Post Office Box 26

Washington, D.C. 20044

Telephone: (202) 353-2452

Fax: (202) 514-9440

Michael.Collins@usdoj.gov


DATED: January 13, 2026.


/s/Ashley J. Guillard
Ashley J. Guillard

Pro-Se Litigant