# In the United States Court of Federal Claims

No. 25-1197
(Filed: February 18, 2026)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
\*
**ASHLEY GUILLARD,**                           \*
                                              \*
                 Plaintiff,                   \*
                                              \*
        v.                                    \*
                                              \*
**THE UNITED STATES,**                        \*
                                              \*
                 Defendant.                   \*
                                              \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

On December 31, 2025, the government filed a motion to dismiss under Rule 12(b)(1) and a motion for a more definite statement under Rule 12(e) of the Rules of the United States Court of Federal Claims. ECF No. 15. Therein, the government argued that the Court lacked jurisdiction over Plaintiff's 2024 tax refund claim because it was premature. *Id.* at 2–4. As for Plaintiff's 2021 tax refund claim, the government moved the Court to order Plaintiff to file a more definite statement so that the government may "evaluate plaintiff's 2021 claim if she is making one." *Id.* at 4. On January 13, 2026, Plaintiff responded to the government's motions and indicated that she did not oppose either. ECF No. 16 at 1.

Accordingly, Plaintiff's claims related to her 2024 tax refund are hereby **DISMISSED**, and Plaintiff is directed to file an amended complaint regarding her 2021 tax refund claim **on or before March 9, 2026**.

**IT IS SO ORDERED**.

s/ Zachary N. Somers
ZACHARY N. SOMERS
Judge