# In the United States Court of Federal Claims

No. 25-1197 T
(Filed: May 20, 2026)

```
* * * * * * * * * * * * * * * * * *
                                  *
ASHLEY GUILLARD,                  *
                                  *
              Plaintiff,          *
                                  *
       v.                         *
                                  *
THE UNITED STATES,                *
                                  *
              Defendant.          *
                                  *
* * * * * * * * * * * * * * * * * *
```

## ORDER

On May 19, 2026, the parties filed a joint motion seeking to extend their deadline to file a joint preliminary status report from May 22, 2026, to July 17, 2026. *See* ECF No. 25 at 1. Therein, the parties explain that while meeting telephonically to discuss the joint preliminary status report, Plaintiff "represented that she was considering seeking counsel to represent her in this matter" and that "[a]n enlargement of time would permit plaintiff the opportunity to seek counsel before discovery begins without creating an indefinite delay." *Id.*

For good cause shown, the parties' motion is **GRANTED,** and the parties **SHALL** file a joint preliminary status report **on or before July 17, 2026.**

**IT IS SO ORDERED.**

s/ Zachary N. Somers
ZACHARY N. SOMERS
Judge